PHILO A. KENT et al., Appellants, *v.* BURROS REALTY CORPORATION, Respondent, and HARRY R. AUSTIN, Appellant, Impleaded with Others.

*Appeal — motion to dismiss appeal denied.*

Reported below, 217 App. Div. 703.

(Submitted February 28, 1927; decided March 4, 1927.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered May 21, 1926, modifying and affirming a judgment entered upon a decision of the court on trial at Special Term in an action to foreclose a mechanic's lien.

The motion was made upon the ground of failure to file the papers on appeal.

*Laverne M. Twining* and *Rollin W. Meeker* for motion. *Howard E. Taylor* and *Ralph L. Emmons* opposed.

Motion denied, without costs.